MORAND ET UX. *v.* CITY OF RALEIGH.

No. 949.   Decided June 23, 1958.

*Herman L. Taylor* and *Samuel S. Mitchell* for appellants.

*William Joslin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.